United States District Court
Northern District of Texas

Jeremy Pinson,
    Plaintiff,

v.

Jose Santana and Federal Bureau of Prisons,
    Defendant

Case No. 3-15CV-2190M

CIVIL COMPLAINT

I. Jurisdiction:

1. Jurisdiction is asserted pursuant to 28 U.S.C. 1332, 1331 and Bivens v. Six Unknown Agents, 403 U.S. 388 (1971).

II. Parties:

1. Plaintiff Jeremy Pinson is a transgender federal prisoner.
2. Defendant Jose Santana is Chief, BOP Designation and Sentence Computation Ctr., 346 Marine Forces Drive, Grand Prairie, Texas, 75051. ("DSCC").
3. Defendant Federal Bureau of Prisons ("BOP") operates the DSCC.

III. Statement of Facts:

1. Plaintiff is serving a 252-Month prison sentence in the custody of the BOP. She is diagnosed with Gender Dysphoria and has been attacked

1

and almost killed numerous times. (Please take Judicial Notice of Summary Judgment decision in Pinson v. Prieto, No. 10-cv-811 (C.D.Cal. 2014)).

2. The DSCC and Jose Santana choose prisons for federal inmates to serve their sentences.

3. USP Florence is a Maximum Security penitentiary. It is one of 117 BOP facilities. It is one of the most dangerous of facilities because it houses inmates with the most violent criminal and institutional histories.

4. USP Florence has no history of treating Gender Dysphoria and its staff are completely unfamiliar with WPATH Standards of Care, the international standard, which calls for hormone therapy, living as a female, and psychotherapy. None of which is available at USP Florence.

5. USP Florence also houses numerous violent prison gangs including the Texas Syndicate, Mexikanemi, and Texas Aryan Brotherhood.

6. In April 2015 defendant Santana moved plaintiff to USP Florence.

7. Shortly after arrival inmates siezed on the plaintiff's effeminate manner to call her "bitch" "punk" "faggot" and other derogatory terms and staff did nothing to protect her from verbal abuse.

2

8. Numerous efforts to obtain treatment for Gender Dysphoria were unsuccessful.

9. Defendants BOP and Santana knew from prison records plaintiff had gender dysphoria, a history of being victimized, knew USP Florence had an extremely violent population, knew USP Florence had no resources to treat gender dysphoria.

10. In May 2015 inmates began forcing plaintiff under threat of being stabbed to hold their shanks, drugs and other contraband in her cell. These inmates have physical contact out of the cell with her daily. One has threatened rape.

IV. Cause of Action:

1. Violation of 8th Amendment = Deliberate Indifference To Serious Medical Need - Gender Dysphoria (Claim One);
2. Violation of 8th Amendment = Deliberate Indifference To Safety (Claim Two).

V. Requested Relief:

1. Injunction compelling BOP to follow WPATH Standards of Care and Protect Plaintiff by transferring her to FMC Devens or other suitable facility.
2. Declaratory Judgment that defendants actions/omissions violated the 8th Amendment.

3

Executed under penalty of perjury 28 U.S.C. 1746

Jeremy Pinson
Reg. No. 16267-064
USP Florence
PO Box 7000
Florence CO 81226

4

Dear Clerk,

> RECEIVED
> RAN
> JUN 30 2015
> CLERK U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS

Please file this lawsuit and send me an in forma pauperis application.

Sincerely,

[signature]



Jeremy Pinson # 16267-064
United States Penitentiary
PO Box 7000
Florence CO 81226

Legal Mail

RECEIVED
JUN 30 2015
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

MAILROOM
JUN 0 2015

RECEIVED-5 24 JUN 2015 PM 4 L
DENVER CO 802

7524210227599

U.S. District Court
1100 Commerce St.
Dallas TX 75242